UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

IN RE:                                                      CASE NO.: 26-50674
                                                            CHAPTER 7

Veronica Annette Cobb,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Movement Mortgage, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Brandon Jordan
     Brandon Jordan
     Email: bjordan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VERONICA ANNETTE COBB
147 ARMSTRONG DRIVE
HAMPTON, VA 23669

And via electronic mail to:

BOLEMAN LAW FIRM PC
BOLEMAN LAW FIRM, PC
4525 SOUTH BOULEVARD
SUITE 201
VIRGINIA BEACH, VA 23452

DAVID R. RUBY
THOMPSON MCMULLAN, P.C.
100 SHOCKOE SLIP, THIRD FLOOR
RICHMOND, VA 23219

MATTHEW W. CHENEY
OFFICE OF THE U.S. TRUSTEE, REGION 4 -NN
200 GRANBY STREET, ROOM 625
NORFOLK, VA 23510

By: /s/ Amber Matas